UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ZINKENG ATEMAFAC | CASE NO. 6:20-CV-01697 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CHAD WOLF | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** the Petition for Writ of Habeas Corpus (rec. doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Petitioner's conditions of confinement claim be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions be **DENIED** as **MOOT.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 17th day of May, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE